**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.                          **CASE NO. 4:20CV00260 JM**

**$47,900.00 IN U.S. CURRENCY SEIZED FROM
PRIORITY MAIL PARCEL 9505 5103 5162 9231 3136 59 and
$37,690.00 IN U.S. CURRENCY SEIZED FROM
PRIORITY MAIL PARCEL 9505 5103 5162 9231 3136 42**        **DEFENDANTS**

**DEFAULT JUDGMENT AND DECREE OF FORFEITURE**

The United States of America's motion for a default judgment and a decree of forfeiture (ECF No. 14) is GRANTED. The United States filed a verified complaint *in rem* for forfeiture, gave notice of the complaint to all required parties, and published notice. Brittany Brown and Timeless Memories, LLC filed a joint claim, but they have since withdrawn it. No other party filed a claim or answer or otherwise defended the case, and the time to do so has expired. Therefore, the Clerk entered a default. (ECF No. 13).

Default judgment is now entered in favor of the United States under Rule 55(b) of the Federal Rules of Civil Procedure. The $47,900.00 in U.S. Currency Seized From Priority Mail Parcel 9505 5103 5162 9231 3136 59 and the $37,690.00 in U.S. Currency Seized From Priority Mail Parcel 9505 5103 5162 9231 3136 42 ("Defendant Currency") are forfeited. Title is vested in the United States, and all prior claims in and against the Defendant Currency are extinguished and declared void. The Defendant Currency shall be turned over to the United States and disposed of according to law.

The clerk is directed to close the case.

IT IS SO ORDERED this 6th day of August 2020.

_____
James M. Moody, Jr
United States District Judge